IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON R. BENDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. |
| ) | |
| CORPORAL STEVEN ROBERTSON, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiff, Jason R. Bender ("Plaintiff"), by and through his undersigned attorneys, brings this Complaint against the Defendant and in support thereof, alleges as follows:

### JURISDICTION AND VENUE

1. This action is brought pursuant to 42 U.S.C. Section 1983 and the Fourth and Fourteenth Amendments of the United States Constitution. Jurisdiction is founded on 28 U.S.C. Section 1331 and 1343(a)(3) and the aforementioned statutory and constitutional provisions. Supplemental jurisdiction to consider state law claims is founded on 28 U.S.C. Section 1367.

2. Venue is appropriate in the District of Delaware pursuant to 28 U.S.C. Section 1391(b), as it is the judicial district in which the claims asserted arose and because all parties reside in this district.

### PARTIES

3. Plaintiff, Jason R. Bender, an adult individual residing at 898 Piney Crest, Millsboro, Delaware, is and was at all times material hereto a resident and citizen of the United States of America and a resident and citizen of the State of Delaware.

4.  Defendant Officer Corporal Steven Robertson ("Defendant") is now and was at all times relevant herein a duly appointed Delaware State Trooper stationed in Troop 7 acting within the course and scope of his employment, under color of state law and pursuant to his authority as a Delaware State Trooper. He is sued in his individual capacity.

## FACTS

5.  On the evening of January 16, 2005, Defendant was dispatched to a domestic violence call involving a subject being injured by a white Cadillac.

6.  En route to the domestic violence call, Defendant saw two vehicles traveling in the opposite direction. The lead vehicle initially appeared to be of a color and type similar to the white Cadillac involved in the domestic violence call. Defendant turned to follow the two vehicles. The second vehicle, a blue GEO Prizm, was driven by the Plaintiff. Defendant passed the blue GEO and proceeded to pursue the lead car. Defendant stopped the lead car, discovering that the car was not the white Cadillac but was instead a grey Oldsmobile with New Jersey tags driven by a white female.

7.  The Plaintiff approached the scene where the Defendant had the grey Oldsmobile stopped on the side of the road. The Defendant attempted to signal the Plaintiff to pull over. Plaintiff did not see the Defendant. Plaintiff proceeded to drive by the scene at less than 30 miles per hour.

8.  After the Plaintiff drove by, the Defendant, (1) unaware of the identity of the driver; (2) whether there were or were not any other occupants in the vehicle; and (3) without knowledge of any crime committed by Plaintiff, turned and fired his weapon toward the back of the Plaintiff's vehicle's rear window. A bullet skimmed the top of the Plaintiff's trunk, skipped through the back window, and shattered the glass. The bullet jacket separated from the bullet core and exited through

the right side glass. The bullet core entered the headliner of the car just above the driver's seat headrest.

9. In his interview with a Delaware State Police investigator hours after the incident, Defendant first stated that he shot at the Plaintiff because he was in fear for his life. Later in that same interview, the Defendant stated that he shot at the vehicle and driver after it had already passed him because he was afraid that the Plaintiff would hurt someone else and that he just did not think the Plaintiff was going to stop.

10. Plaintiff, thinking that he may have just been shot at but uncertain as to why, continued to drive away after being fired upon. Defendant then returned to his police car and pursued the Plaintiff. Within two miles from the scene of the shooting, after realizing that he was being pursued, the Plaintiff voluntarily pulled over.

11. Upon stopping, Plaintiff exited his vehicle at which time Defendant, shouting profanities, proceeded to physically and verbally assault Plaintiff, with malice and wanton disregard for his rights.

12. Other officers arrived at the scene and handcuffed the Plaintiff. Plaintiff was taken to the hospital by ambulance and treated for facial bruising, swelling, and a broken nose. As a result of the force of his punches to the Plaintiff's face, the Defendant broke the ring finger on his right hand and bruised his elbow. Defendant suffered no other injuries as a result of making the arrest.

13. Several hours later Plaintiff was arrested and charged with eleven offenses including resisting arrest, driving under the influence, and failure to obey a police officer. Plaintiff pled guilty to driving under the influence. The State of Delaware entered a nolle pro se qui on all remaining charges including resisting arrest.

## COUNT I
## CIVIL RIGHTS VIOLATIONS

14. Plaintiff incorporates hereto paragraphs 1 - 13 as if specifically set forth herein.

15. The above-described actions by the Defendant in effectuating a traffic stop with use of force that was unreasonable, excessive, willful and malicious and without provocation or justification constitute violations of Plaintiff's clearly established rights under the Fourth and Fourteenth Amendments.

16. As a direct and proximate result of the Defendant's actions, the Plaintiff has suffered and will continue to suffer, pain, fear, and humiliation.

## COUNT II
## ASSAULT AND BATTERY

17. Plaintiff incorporates hereto paragraphs 1 - 16 as if specifically set forth herein.

18. The Defendant willfully, intentionally and maliciously inflicted assaults and batteries upon Plaintiff causing him the damages described above.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory and punitive damages in an amount to be determined at trial, plus attorneys' fees and costs.

    SMITH, KATZENSTEIN & FURLOW LLP

    /s/ Etta R. Wolfe
    Laurence V. Cronin (#2385)
    Etta R. Wolfe (#4164)
    The Corporate Plaza
    800 Delaware Avenue, 10th Floor
    P.O. Box 410
    Wilmington, DE 19899
    (302) 652-8400 - telephone
    (302) 652-8405 - facsimile

    and

    BRADY, RICHARDSON, BEAUREGARD & CHASANOV
    Andre M. Beauregard (#2427)
    401 Rehoboth Ave.
    P.O. Drawer B
    Rehoboth Beach, DE 19971
    (302) 226-2270 - telephone
    (302) 226-2450 - facsimile

    Attorneys for Jason R. Bender

December 19, 2006

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Bender, Jason R.

### DEFENDANTS
Robertson, Steven, Corporal

(b) County of Residence of First Listed Plaintiff: **Sussex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Smith, Katzenstein & Furlow LLP
P.O. Box 410, Wilmington, DE 19899
302-652-8400

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | [X] 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. § 1983
Brief description of cause:
Use of unreasonable force

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 12-19-06
SIGNATURE OF ATTORNEY OF RECORD: Etta R. Wolfe
Etta R. Wolfe (ID 4164)

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __06 - 772__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

# *NOTICE OF AVAILABILITY OF A*
# *UNITED STATES MAGISTRATE JUDGE*
# *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

__DEC 1 9 2006__                __David C. Martin__
(Date forms issued)              (Signature of Party or their Representative)

                                 __David G. Martin__
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action