# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JASON R. BENDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORPORAL STEVEN ROBERTSON, )<br>)<br>Defendant. ) | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 06-772 |

TO: (Name and address of Defendant)

    **Corporal Steven Robertson**
    **Delaware State Police Troop 7**
    **18006 Coastal Highway**
    **Lewes, DE 19958**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address):

    Etta R. Wolfe, Esquire
    SMITH, KATZENSTEIN & FURLOW, LLP
    800 Delaware Avenue, 10th Floor
    P.O. Box 410
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within <u>twenty (20)</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            DEC 1 9 2006
_____      _____
CLERK                                                DATE

_Evette Watson_
_____
(BY) PER DEPUTY CLERK

06218|SUMM|10020649.WPD

• AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 1/22/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| KEVIN DUNN | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 107 PINE DR. MILTON, DE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/22/07                    _____
              Date                       *Signature of Server*
                                         BRANDYWINE PROCESS SERVERS, LTD.
                                         P.O. BOX 1360
                                         WILMINGTON, DE 19899-1360
                                         302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.