IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON R. BENDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-772 (GMS) |
| ) | |
| CORPORAL STEVEN ROBERTSON, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 13th day of July, 2007, copies of Plaintiff's Rule 26 Initial Disclosures were caused to be served via first class mail on the following:

    Ralph K. Durstein, III, Esquire
    State of Delaware
    Department of Justice
    Carvel State Office Building
    820 North French Street
    Wilmington, DE 19801

    SMITH, KATZENSTEIN & FURLOW LLP

    /s/ Etta R. Wolfe
    _____
    Laurence V. Cronin (ID No. 2385)
    Etta R. Wolfe (ID No. 4164)
    800 Delaware Avenue, 10th Floor
    P.O. Box 410
    Wilmington, DE 19899 (Courier 19801)
    Telephone: 302-652-8400
    Telecopy: 302-652-8405
    Email: erw@skfdelaware.com

    Attorneys for Plaintiff