**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **JASON R. BENDER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C. A. No. 06-cv-0772-JJF |
| **STEVEN ROBERTSON,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SERVICE

I, the undersigned counsel for the Defendant in the above-captioned case, hereby certify that two (2) true and correct copies of Defendant's Initial Disclosures Pursuant to Fed. R.Civ.P.26(a) were sent via U. S. Mail postage pre-paid on July 13, 2007 to the following:

Etta R. Wolfe
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Email: erw@skfdelaware.com

/s/ Ralph K. Durstein III
Ralph K. Durstein III, I.D. #912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8510
Attorney for Defendant