IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON R. BENDER,            ) | |
|                             ) | |
|     Plaintiff,              ) | |
|                             ) | |
| v.                          ) | |
|                             ) Civil Action No. 06-772 (GMS) |
|                             ) | |
| CORPORAL STEVEN ROBERTSON,  ) | |
|                             ) | |
|     Defendant.              ) | |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of August, 2007, a copy of Plaintiff's First Set of Interrogatories Directed to Defendant and Plaintiff's First Request for Production Directed to Defendant were caused to be served via first class mail on the following:

    Ralph K. Durstein, III, Esquire
    State of Delaware
    Department of Justice
    Carvel State Office Building
    820 North French Street
    Wilmington, DE 19801

    SMITH, KATZENSTEIN & FURLOW LLP

    _____
    Laurence V. Cronin (ID No. 2385)
    Etta R. Wolfe (ID No. 4164)
    800 Delaware Avenue, 10th Floor
    P.O. Box 410
    Wilmington, DE 19899 (Courier 19801)
    Telephone: 302-652-8400
    Telecopy: 302-652-8405
    Email: erw@skfdelaware.com

Date:   August 13, 2007        Attorneys for Plaintiff

06218|NOS|10029687.WPD