IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON R. BENDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-cv-0772-JJF |
| STEVEN ROBERTSON, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE AND CERTIFICATE OF SERVICE**

I, Ralph K. Durstein, Attorney for Defendant Steven Robertson, hereby certify that on August 22, 2007 I served upon the person listed below two true and correct copies of Defendant's Answers to Plaintiff's First Set of Interrogatories and Defendant's Answers to Plaintiff's First Request for Production in the above captioned matter by first class mail, postage pre-paid:

>Laurence V. Cronin, Esquire
>Etta R. Wolfe, Esquire
>Smith, Katzenstein & Furlow, LLP
>The Corporate Plaza
>800 Delaware Avenue, 10th Floor
>P.O. Box 410
>Wilmington, DE  19899

>/s/ Ralph K. Durstein, III
>Ralph K. Durstein, III (#0912)
>Department of Justice
>State of Delaware
>820 N. French Street, 6th Flr.
>Wilmington, DE  19801
>(302) 577-8510
>
>Attorney for Steven Robertson

August 22, 2007