IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON R. BENDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-00772 (GMS) |
| | ) | |
| STEVEN ROBERTSON, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE            :
                             :    SS.
NEW CASTLE COUNTY            :

I, Etta R. Wolfe, being duly sworn according to law, do depose and say:

1. On November 7, 2007, I caused to be filed a Motion to Withdraw as Counsel to plaintiff on behalf of Smith, Katzenstein & Furlow LLP and Brady, Richardson, Beauregard & Chasanov (D.I. 16) (the "Motion"). The Certificate of Service to the Motion indicated that the Motion was sent by certified mail to plaintiff to two different addresses. The certified mail receipt sent to Jason R. Bender, 8989 Piney Crest, A17 Potnets Bayside, Millsboro, DE 19966 is attached as Exhibit A.

2. The signed green card returned by the postal service is attached hereto as Exhibit B.

3. The certified mail receipt sent to Jason R. Bender, c/o Gateway Foundation, P.O. Box 547, Delaware City, DE 19706 is attached as Exhibit C.

06218|PLDG|10034161.WPD

4. The signed green cad returned by the postal service is attached hereto as Exhibit D.

_____
Etta R. Wolfe (ID No. 4164)

SWORN TO AND SUBSCRIBED before me this __21st__ day of November 2007.

_____
Notary Public

My commission expires: March 25, 2008

ELLEN Y. SEBASTIANI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 25, 2008

# EXHIBIT A

Case 1:06-cv-00772-GMS    Document 17-2    Filed 11/21/2007    Page 1 of 12

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

            OFFICIAL USE

Postage                          $   11¢
Certified Fee                        2.65
Return Receipt Fee                   2.15      Postmark
(Endorsement Required)                          Here
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees             $   5.94

Sent To    J.R. Bender
Street, Apt. No.;
or PO Box No.   8989 Piney Crest
City, State, ZIP+4
        Millsboro, De. 19966

PS Form 3800, June 2002              See Reverse for Instructions
```

7005 1820 0001 9465 2136

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jason A. Bender<br>8989 Piney Crest<br>A17 Patnets Bayside<br>Millsboro, De. 19966 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0001 9465 2136 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |



# EXHIBIT C

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.94 |

Postmark Here

Sent To: J.R. Bender c/o Gateway Foundation
Street, Apt. No.; or PO Box No.: P.O. Box 547
City, State, ZIP+4: Delaware City, De. 19706

7005 1820 0001 9465 2472

PS Form 3800, June 2002      See Reverse for Instructions

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*PS Form 3800, June 2002 (Reverse)*

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

# EXHIBIT D

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>A - BARNARD  11-8-07 |
| 1. Article Addressed to:<br><br>Jason R. Bender<br>c/o Gateway Foundation<br>P.O. Box 547<br>Delaware City, De. 19706 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[NOV 0 8 2007 stamp]<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0001 9465 2143 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

