| ■ | |
|---|---|
| **Smith** | The Corporate Plaza |
| **Katzenstein** | 800 Delaware Avenue, 10th Floor |
| **Furlow LLP** | P.O. Box 410 |
| | Wilmington, DE 19899 |
| *Attorneys at Law* | (Courier 19801) |
| | Telephone: (302) 652-8400 |
| | Fax: (302) 652-8405 |
| | www.skfdelaware.com |

November 26, 2007

BY E-FILE

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:   *Jason R. Bender v. Corporal Steven Robertson*
      Case No. 06-772 GMS

Dear Judge Sleet:

I write to update the Court on the status of the Motion to Withdraw as Counsel filed on November 7, 2007 [Docket No. 16] (the "Motion"). On November 21, 2007, I filed an Affidavit of Service indicating that both copies of the Motion were delivered - one to Mr. Bender's home address and one to the care facility where we understand Mr. Bender may be temporarily residing. Based on conversation with counsel for the defendant, Mr. Durstein, I understand that defendant does not oppose our request to withdraw as counsel, but asks that Mr. Bender be required to appear at any conference concerning the Motion. Under the current scheduling order, discovery is scheduled to close on December 19, 2007.

Counsel is available at the Court's convenience to address the pending Motion.

Respectfully,

Etta R. Wolfe
(ID No. 4164)

ERW/eys

The Honorable Gregory M. Sleet
November 26, 2007
Page 2

cc: Ralph K. Durstein, III, Esquire (by E-File)
Jason R. Bender (via certified mail)