UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JASON R. BENDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-cv-0772-GMS |
| | ) |
| STEVEN ROBERTSON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS 26th day of Nov., 2007, the Court having duly considered the motion of Smith, Katzenstein & Furlow LLP and Brady, Richardson, Beauregard & Chasanov to withdraw from their representation of Plaintiff Jason R. Bender in this matter and it appearing that reasonable notice has been afforded the Plaintiff and all parties in interest.

**IT IS ORDERED** that Smith, Katzenstein & Furlow LLP and Brady, Richardson, Beauregard & Chasanov are granted leave to withdraw from representation of the Plaintiff pursuant to District Court Local Rule 83.7 and Professional Conduct Rules 1.16(a) and (b) and 1.4.

_____
Judge Gregory M. Sleet

FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06218|MOT|10033407.WPD