IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON R. BENDER, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 06-772 GMS |
| CORPORAL STEVEN ROBERTSON, | : |
|     Defendant. | : |

### ORDER

WHEREAS, on December 19, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on March 1, 2007, an answer to the complaint was filed with the court (D.I. 4);

WHEREAS, on June 19, 2007, a scheduling conference was held in this case. The pretrial conference was scheduled for May 22, 2008, and the 3-day, jury trial, was scheduled to begin on June 9, 2008; and

WHEREAS, on November 26, 2007, the court granted the plaintiff's attorney's motion for leave to withdraw, and Etta R. Wolfe's representation was terminated (D.I. 19);

IT IS HEREBY ORDERED that:

1. The pretrial and trial dates of May 22, 2008, and June 9, 2008, respectively, are CONTINUED; and

2. The plaintiff is to advise the court within two (2) weeks from the date of this Order whether he will be retaining new counsel to represent him, or if he will be proceeding *pro se*. Failure to respond to this Order may result in the dismissal, without prejudice, of this case.

April 24, 2008



CHIEF, UNITED STATES DISTRICT JUDGE

FILED
APR 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE