## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON R. BENDER,        )<br>                              )<br>                              )<br>    Plaintiff,          )<br>                              )<br>    v.                    )     C. A. No. 06-cv-0772-JJF<br>STEVEN ROBERTSON,         )<br>                              )<br>    Defendant.            ) | |

## NOTICE OF SERVICE

I, Ralph K. Durstein, Attorney for Defendant Steven Robertson, hereby certify that on April 25, 2008 I served upon the person listed below a true and correct copy of the Court's April 24, 2008 Order in the above captioned matter by first class mail, postage pre-paid:

Jason R. Bender  
898 Piney Crest  
Lot A17  
Millsboro, DE 19966

Jason R. Bender  
332 S. Bedford Street  
Georgetown, DE 19947

/s/ Ralph K. Durstein, III  
Ralph K. Durstein, III (#0912)  
Department of Justice  
State of Delaware  
820 N. French Street, 6th Flr.  
Wilmington, DE  19801  
(302) 577-8510

Attorney for Steven Robertson

April 25, 2008